UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re the Application of:<br><br>**Sonda Jonathan Maduhu,**<br>    Petitioner<br><br>and<br><br>**Heidi Andrea Maduhu,**<br>    Respondent | Civil Action No. 5:23-cv-00142-XR |

**ORDER TO RETURN CHILDREN
TO THEIR HABITUAL RESIDENCE (THE UNITED KINGDOM)**

Pending before the Court is a Joint Advisory to the Court and Motion for the Court to Order the date and terms respecting the return of R.A.M. AND M.H.M., minor children, born August 7, 2015, and May 16, 2018, respectively, to their habitual residence in the United Kingdom (The U.K.). ECF No. 28.

The Court has **CONSIDERED** the Advisory and Motion and hereby **ORDERS**:

(1) that the minor children R.A.M., born August 7, 2015, and M.H.M., born May 16, 2018, be returned to their habitual residence of the U.K. on **Sunday, May 28, 2023**.

(2) Respondent will

   a. accompany the children R.A.M. and M.H.M. on their return flight to the U.K. on **Sunday, May 28, 2023**, or

   b. deliver possession of R.A.M. and M.H.M. and the children's current USA and U.K. Passports to Petitioner or his designee on S**aturday, May 27, 2023**, at 12:00

o'clock noon at the residence of Mrs. Sabrina C. Bishop-Smith and Mr. Greg Smith at 1106 Tranquil Trail Drive, San Antonio, Texas, 78232 USA, who will travel with the children back to the U.K. on **Sunday, May 28, 2023**.

It is so **ORDERED**.

SIGNED this 18th day of May, 2023.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**