IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SONDA JONATHAN MADUHU,<br>*Plaintiff*<br><br>-vs-<br><br>HEIDI ANDREA MADUHU,<br>*Defendant* | §<br>§<br>§   SA-23-CV-00142-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the Order entered in the above case on April 18, 2023 (ECF No. 27), the Court found and concluded that Petitioner Sonda Jonathan Maduhu met his burden of proving by a preponderance of the evidence that he is entitled to the relief requested in his Petition (ECF Nos. 1, 2) that R.A.M. and M.H.M. be promptly and safely returned to the United Kingdom.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT IS HEREBY ENTERED** in favor of Petitioner Sonda Jonathan Maduhu.

It is further **ORDERED, ADJUDGED**, and **DECREED** that the instant case is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 6th day of June, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE